UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Feifei Gu, 2526 83St, Brooklyn, NY 11214

        Plaintiff

v.

Case: 1:25-cv-00460 JURY DEMAND
Assigned To : Sooknanan, Sparkle L.
Assign. Date : 2/18/2025
Description: Pro Se Gen. Civ. (F-DECK)

1. HONORABLE President Donald Trump,

2. letitia james, as NY attorney general,

                                                                                        jury trial demanded

3. Pam Bondi, as US Attorney General,

4. eric gonzalez, as Kings County District Attorney,

5. Department of Justice,

6. joy F. campanelli, as judge of Kings County Supreme Court,

7. the United States,

8. Daniel Ramos, as NY Appellate Division, First Department Clerk supervisor)

9. Genine D. Edwards, as administrative judge of Kings County Supreme Court,

10. Rowan D. Wilson, as chief judge of the state of NY,

11. Dianne Renwick, as NY Appellate Division, First Department chief judge,

12. Hector LaSalle, as NY Appellate Division, Second Department chief judge,

13. Keshia Espinal, as Kings County Criminal Court chief judge,



RECEIVED
FEB 18 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

14. Eric R. Komitee, as United States District Judge for the Eastern District of New York,

15. Margo K. Brodie, as chief judge of United States District Judge for the Eastern District of New York,

16. Debra Ann Livingston, as chief judge of the United States Court of Appeals for the Second Circuit,

17. Laura Taylor Swain, as chief judge of United States District Judge for the Southern District of New York,

18. Edgardo Ramos, as judge of United States District Judge for the Southern District of New York,

19. charles f. sanders, as assistant attorney general,

20. joseb gim, as brooklyn assistant district attorney,

21. eddie lau, as 62 Precinct Commanding Officer,

22. brian kennedy, as NY Appellate Division, Second Department deputy clerk,

23. HANG CHEN, a real estate agent,

## JURISDICTION

This Court has subject matter jurisdiction under 28 U.S.C 1331 and 28 U.S.C. 1361. Venue is appropriate under 28 U.S.C. 1391 (e).

# BACKGROUND

1. Plaintiff Feifei Gu is the Defendant in *People v. Gu*, CR-001793-24/KN, a resident of Kings County, NY,

2. Defendant Hang Chen, is the Complainant of above case,



3. In Supporting Deposition (see Exhibit 1), Hang Chen stated that on 12/31/23, 2:20 AM, Feifei Gu broke his security camera, which is a Class A misdemeanor,

4. The truth is, see this pic on 12/31/23, 22:03:34, provided by DA, the camera was never damaged with clear picture; Besides, he is only a real estate agent, not owner of the building,



5. What is then revealed is Hang Chen's conspiracy with NY AG Letita James, Kings County DA Eric Gonzalez, and multiple CORRUPTED judges and clerks in state courts and federal courts.

Letitia James's Conspiracy with Eric Gonzalez in Prosecuting Fake Case

Honorable President Trump called letitia james "FRAUD" and "DIRTY COP", that's exactly the truth.

Plaintiff Feifei Gu filed a CPLR 78 proceeding 100848/2024 (paper filed case) against Letitia James, which detailed the fake nature of CR-001793-24/KN and requested Letitia James to intervene and stop the fake prosecution. However, Letitia James refused to stop the fake prosecution but actively pushed it forward:

1) Firstly, assistant attorney general charles f. sanders conspired with a New York County Supreme Court motion department clerk who put a fake stamp on his opposition papers,

2) On the oral argument day, Hang Chen's attorney Mark Salem never appeared, however, New York County Supreme Court judge Alexander M. Tisch lied to Plaintiff that Mark Salem is on video conference,

3) Alexander M. Tisch's Part Clerk Michelle Cruz intentionally delayed the entry of documents and final Order to prevent Plaintiff from appeal, when Plaintiff went to the County Clerk's Office, a female clerk said to Plaintiff that her supervisor directed her to do this, and said "there's a lot in supreme court that I cannot tell you."

4) In Appellate Division, First Department, Plaintiff received an email regarding CPLR 5704 review, Defendant Clerk Daniel Ramos acknowledged that someone contacted AG's office without informing Plaintiff but refused to name that person or showed that email,

5) When Court of Appeals remitted the appeal to Appellate Division, Daniel Ramos refused to issue an Appeal index number and ordered Plaintiff to bring all the papers from Court of Appeals for him to review - apparently, he does not have such authority, as he is only a clerk - he cannot disobey an ORDER from Court of Appeals,

6) In a separate occasion, Daniel Ramos stated to Feifei Gu that he felt sorry about what happened in downtown (the CPLR 78 case),

7) Plaintiff reported Daniel Ramos, Eric Dickman, Kam Yuen (all clerks)'s conspiracy to chief clerk and chief judge of First Department, but no investigation was initiated.

## Eric Gonzalez's Dirty Policy

1. Kings County District Attorney's Office led by Defendant Eric Gonzalez is famous for its Brady Violation. See 23-CV-6253, *Perez v. Gonzalez*

2. Eric Gonzalez is fully aware that CR-001793-24/KN is fake, BUT he pushed forward this fake prosecution with Letitia James and assigned ADA joseb gim (cheif of Criminal Court Unit) particularly for this case,

3. A year since arraignment, CR-001793-24/KN is still hanging in Court,

## Keshia Espinal's Conspiracy with Eric Gonzalez

1. In Kings County Criminal Court, every judge knows CR-001793-24/KN is a fake case, and every judge pretends that they know nothing. Judge Jung A. Park, Judge Monique Hollaman conspired with Hang Chen, ADA Joseb Gim, ADA Vincent James Didonato III and forged an email chain,

2. Judge Dale Fong-Fredrick even expelled Plaintiff for drinking water in a water bottle!

3. Every legal advisor assigned to Feifei Gu had conversation with ADA and intentionally avoided Plaintiff from knowing it, indeed a spy, especially, Matthew Dunsenberry,

Hang Chen's Conspiracy with Joy F. Campanell

1. In 505280/2024, Hang Chen sued Feifei Gu for damaging his security camera, etc.,

2. Judge Joy F. Campanell presided over this case, and was found to have ex parte communication with Hang Chen and forged NYSCEF documents, she was sued by Plaintiff in 24-CV-8444,

3. Joy F. Campanelli then issued Orders restraining Feifei Gu from suing Hang Chen, which is egregious - Hang Chen MUST BE the only one in the United States who has absolute immunity!

4. Plaintiff requests Inspector General to investigate, there's no investigation,

5. Hang Chen further conspired with Joy F. Campanelli and its chambers in designing a Contempt Hearing against Plaintiff,

6. What is most outstanding about Joy F. Campanelli is that she never appeared in Court for oral argument - never appeared for her work!

## Hang Chen's Conspiracy with Brian Kennedy

7. Plaintiff filed an appeal, Hang Chen then conspired with Second Department Deputy Clerk Brian Kennedy, Hang Chen did not file a Respondent's Brief, the oral argument has been delayed forever, unlike first department, second department is hiding from the public about their schedule of oral argument.

## Eric Komitte's Mercy to letitia james

1. Eric Komitte presided over 4 cases filed by Plaintiff against Hang Chen: 24-CV-4756, 24-CV-5113, 24-CV-5179, 24-CV-8444, three of them were filed in July 2024 without any decision till today; Eric Komitte intentionally delayed ruling on all cases, he must be waiting for SOMETHING!

2. Eric Komitte, A Republican, showed special mercy to cases wherein letitia james is sued,

2. Chief Judge Margo K. Brodie was aware, but refused to intervene,

Debra Ann Livingston

Plaintiff also filed a TRO in 24-2799 in the Second Circuit, which has been pending for 3 months without a decision by the panel!

Edgardo Ramos

SDNY judge Edgardo Ramos intentionally delayed issuing Amended Summons in 25-CV-0029,

Eddie Lau

1. 62 Precinct Officer Michael Sher and Steven Vitelli arrested Plaintiff without probable cause and without a warrant, Daniel Siani and Joseph Robinson forged police report, see 25-CV-0029,

2. 62 Precinct under the supervision of Eddie Lau is notorious for its false arrest policy and officers' conspiracy:
On 2/9/25, While being aware that Plaintiff filed state and federal lawsuits against him, arresting officer Michael Sher retaliated Plaintiff by conspiring with Susana Ching Chen and Emily Hui Chen-Liang, both real estate agents who made fake 911 calls, and came to the premise again trying to arrest Plaintiff for no reason!

3. Michael Sher previously hit Wikipedia for pepper spraying an innocent,

CAUSE OF ACTION: Mandamus under 28 USC 1361

President Trump is a victim of Letitia James and Alvin Bragg's prosecution policy, so is Plaintiff:

Alvin Bragg refused to file charges on a criminal who punched and kicked Plaintiff in *People v. Daby Keita*, but wasted taxpayers' money in prosecuting President Trump,

Letitia James refused to stop the fake prosecution CR-001793-24/KN but prosecuted President Trump,

New York is corrupted! Criminal justice process is abused!

Elon Musk's statement that "There needs to be an immediate wave of judicial impeachments, not just one," is exactly the truth - Judges are corrupted in NY at both state and federal level in conspiracy with Letitia James!

Plaintiff requests:

A mandamus for President Trump, Pam Bondi, and Department of Justice to investigate Letitia James in advocating for the prosecution of fake cases including but not limited to CR-001793-24/KN, investigate Eric Gonzalez for its initiation and continuation of CR-001793-24/KN, AND its notorious policy of Brady Violation,

A mandamus for Department of Justice to hold HANG CHEN, LETITIA JAMES, ERIC GONZALEZ, JOSEB GIM, JOY F. CAMPANELLI, VINCENT JAMES DIDONATO, BRIAN KENNEDY, DANIEL RAMOS, CHARLES F SANDERS and multiple other ADAs, clerks, and judges accountable for their conspiracy and fake criminal prosecution; A mandamus for Department of Justice to investigate false arrest policy in 62 precinct,

Impeachment against Eric Komitte, Margo K. Brodie, Debra Ann Livingston, Laura Taylor Swain, Edgardo Ramos,

Freezing federal funds to NY state used on fake prosecution.

Defendant Genine D. Edwards, Rowan D. Wilson, Dianne Renwick, Hector LaSalle, Keshia Espinal are responsible for illegal activity performed by Joy F. Campanelli, Brian Kennedy, Daniel Ramos, Jung A. Park, Monique Hollaman.

# VERIFICATION

Feifei Gu, being duly sworn under the penalties of perjury, depose and say:

I am the plaintiff in the above-entitled action. I have read the foregoing Complaint and know the contents thereof. The same is true and correct, except as to matters therein stated to be based on information and belief and as to such matters we believe them to be true.